# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  13CR104S |
| | ☐ Complaint   ■ Indictment |
| | ☐ Information   ☐ Petition to Revoke |
| vs. | |
| | Offenses: 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A) |
| RAYMOND LEE NORCUTT | |

| | | |
|---|---|---|
| Before R. Michael Shickich<br>United States Magistrate Judge | Date: 8/7/13 | Time: |
| | Deany Fondren<br>Deputy Clerk | Probation Officer |
| Stephanie Sprecher<br>Assistant United States Attorney | Jamie Hendrich<br>Tape No. | N/A<br>Interpreter |

■ Appeared     ☐ Voluntarily     ■ In-Custody

■ Defendant advised of charges and possible penalties

■ Defendant filed financial affidavit and is informed of consequences if any false information is given.

☐ Attorney appearing: _____
   ☐ FPD     ☐ PANEL-CJA     ☐ RETAINED

☐ Attorney waived.

1. ■ Initial appearance;  Date  8/7/13

☐ Bail is set at $_____.
   ☐ Unsecured     ☐ Cash/Surety     ☐ P/R-No Amount

**MAGISTRATE CRIMINAL PROCEEDING SHEET**
(Disposition by District Court)

- ☐ Conditions of Release:

  - ☐ Third party custody to _____
  - ☐ Maintain/actively seek employment
  - ☐ Travel restricted to _____
  - ☐ No excess alcohol / no alcohol
  - ☐ Alcohol/Drug testing
  - ☐ Shall not possess firearms, ammunition, explosive devices, dangerous weapons
  - ☐ No contact with _____
  - ☐ Shall not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs
  - ☐ Report to pretrial services as directed
  - ☐ Obtain no passport
  - ☐ Surrender passport
  - ☐ Other _____

- ☐ Detention hearing set for _____.

- ☐ Bail review/detention hearing.    Date: _____.

- ■ Defendant detained, reasons: <u>Pending detention hearing.  Order to be filed.</u>

- ◉ Defendant committed to custody of U.S. Marshal.

- ☐ Preliminary hearing set for _____    ☐ Preliminary hearing waived.

- ☐ Removal Hearing Waived.    ☐ Removal Hearing held.  Date: _____.

- ☐ Court orders defendant held to answer to U.S. District Court, District of _____.
  - ☐ Bond to transfer.  Defendant to report on or before _____.
  - ☐ Warrant of removal and final commitment to issue.

- ☐ Case continued to _____ for _____.

- ☐ Other _____.

2. ☐ Preliminary hearing.    Date _____.
      Witnesses: _____.

   ☐ Outcome:
      - ☐ Bound over to U.S. District Court.    ☐ Dismissed.

**MAGISTRATE CRIMINAL PROCEEDING SHEET**
(Disposition by District Court)