# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

**FILED**
3:57 pm, 8/12/13
U.S. Magistrate Judge

**UNITED STATES OF AMERICA**

VS

Raymond Lee Norcutt
**DEFENDANT**

**Before the Honorable,** R. Michael Shickich

Case No. 13CR104S   Date 8/12/13
Time 3:10 - 3:16 p.m.
☑ Indictment   ☐ Information
☐ Complaint   ☐ Other
☐ IA   ☐ ARR   ☐ Det
☐ Prelim   ☐ Rule 5

Offense 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A); 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

| Deany Fondren | Jamie Hendrich | Mary Norwood | Stephanie Sprecher | Dylan Schauer |
|---|---|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** | **Asst. U.S. Attorney** | **Marshal** |

**INTERPRETER** n/a

**Appeared:**   ☐ Voluntarily   ☑ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given
☑ Attorney appearing   Mel Dunn
   ☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial Appearance:**   Date _____ (Comments) _____

**Arraignment:**   Held 8/12/13   Set For _____   Waived _____
☑ Defendant waives reading of indictment
☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**Defendant Enters a Plea of:**
☑ Not guilty to count(s)   1 and 2   of an   Indictment
☐ Guilty to count(s)   _____   of an   _____

**Not Guilty Plea**
☑ Court orders discovery per rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☑ Motions to be filed in 20 days or On / Before _____
☑ Trial date set for 10/7/13 at 9:00 a.m.
   In Casper
☑ Speedy trial expires on 10/16/2013

**Guilty Plea**
☐ Court is satisfied there is factual basis for a plea of guilty
☐ Defendant referred to probation for presentence investigation
☐ Defendant advised on consequence of a plea of guilty
☐ Plea agreement filed
☐ Sentencing set for _____ at _____ In _____
☐ Plea conditionally accepted

**Other:**
_____
_____

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

Bail Review / Detention Hearing:   **Held** 8/12/2013   **Set For**_____   **Waived**_____
Bond Is:   ☑ Defendant is detained and committed to the custody of the U. S. Marshal

☐ Set at $_____   ☐ Cash   ☐ Surety   ☐ Unsecured
☐ Continued on the same terms and conditions

**Terms and Conditions:**

☐ Obey all laws, Federal, State and Local
☐ Seek/Maintain employment
☐ 3rd party custody of _____
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing
☐ Do not obtain passport
☐ Surrender passport to _____

☐ Maintain current residence
☐ Report to Pretrial Services as directed
☐ Travel restricted to _____
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Avoid all contact with _____
☐ Post property or sum of money
☐ Undergo medical/psychiatric treatment/exam

**Other:**
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Preliminary Hearing:**   **Held**_____   **Set For**_____   **Waived**_____
Witnesses   _____
_____

Outcome:   ☐ Bound over to District Court   ☐ Dismissed

**Removal Hearing:**   **Held**_____   **Set For**_____   **Waived**_____

**Identity Hearing:**   **Held**_____   **Set For**_____   **Waived**_____

Court orders defendant held to answer to U.S. District Court, District of _____
☐ Bond to transfer        Defendant to report on or before _____
☐ Warrant of removal and final commitment to issue

**Other:**
_____
_____

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court